IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DUSTIN NELSON**                                                                **PLAINTIFF**
**#145488**

v.                  No: 4:23-cv-00032-KGB-PSH

**DEXTER PAYNE,** *et al.*                                    **DEFENDANTS**

### PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Dustin Nelson filed a *pro se* complaint on January 12, 2023 (Doc. No. 2). Nelson was subsequently granted leave to proceed *in forma pauperis* (Doc. No. 9). On April 11, 2023, the Court directed Nelson to file a second amended complaint to clarify his claims (Doc. No. 14). He was cautioned that failure to file an amended complaint may result in the recommended dismissal of his case.

More than 30 days have passed, and Nelson has not complied with the April 11 order. Accordingly, the Court finds that this action should be dismissed without prejudice due to Nelson's failure to prosecute this case and not responding to the Court's order as required by Local Rule 5.5(c)(2).[1] *See Miller v. Beshenson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that this case be dismissed without prejudice.

DATED this 5th day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 5.5(c)(2) provides: "If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."