IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DUSTIN NELSON**                                                                                   **PLAINTIFF**

v.                                   **Case No. 4:23-cv-00032-KGB**

**DEXTER PAYNE,** *et al*.                                                                       **DEFENDANTS**

**ORDER**

Before the Court is the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Patricia S. Harris (Dkt. No. 15). Plaintiff Dustin Nelson has not filed any objections to the Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*). The Court dismisses without prejudice Mr. Nelson's complaint for failure to prosecute and for failure to respond to the Court's April 11, 2023, Order as required by Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas.

It is so ordered this 10th day of October, 2023.

                                                                                          *Kristine G. Baker*
                                                                                          Kristine G. Baker
                                                                                          United States District Judge